RECEIVED
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VINCENT MICHAEL MARINO,<br>Plaintiff | CIVIL ACTION NO.11-1904<br>SECTION "P" |
| VERSUS | JUDGE James T. Trimble, Jr |
| DEBORAH SCHULT, WARDEN,<br>Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, including petitioner's objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Marino's Section 2241 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of June, 2012.

James T. Trimble, Jr
UNITED STATES DISTRICT JUDGE